# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON SPERSKE,<br><br>           Plaintiff,<br>   v.<br>ARIEL ROSENBERG et al.,<br><br>           Defendants. | Case No. 2:12-cv-7034-ODW(JCx)<br><br>**ORDER TO SHOW CAUSE RE LACK OF PROSECUTION** |

On September 24, 2012, the Court issued an Order to Show Cause why Plaintiff failed to file a noticed motion for default judgment against the defaulted Defendants Ariel Pinks Haunted Graffiti and Kwang Nam Koh. (ECF No. 18.) Further, the Court notes that Plaintiff failed to submit a request for entry of default against Defendant Ariel Rosenberg. Plaintiff responded to the Court's Order by suggesting that more time and discovery was needed to ascertain the damages in this case. (ECF No. 20.)

Defendants Ariel Pinks Haunted Graffiti and Kwang Nam Koh have defaulted. Logically, a defaulting Defendant is unlikely to respond to Plaintiff's discovery, given the fact that they cared not to answer Plaintiff's Complaint. Accordingly, the Court denies Plaintiff's request for additional time to ascertain his damages.

Plaintiff is hereby **ORDERED TO SHOW CAUSE** why this case should not be dismissed for lack of prosecution. Plaintiff shall file a noticed motion for default

judgment against Defendants Ariel Pinks Haunted Graffiti and Kwang Nam Koh. And as for Defendants Ariel Rosenberg and Kenneth John Gilmore (assuming he does not respond in time), Plaintiff shall file a request for entry of default.  Plaintiff shall file all of these papers no later than October 19, 2012.  No hearing is scheduled. Failure to follow this order will result in dismissal of this case.

**IT IS SO ORDERED.**

October 4, 2012

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**