Bridget B. Hirsch, SBN 257015
bridget@bbhirsch.com
7435 N. Figueroa St., No. 412422
Los Angeles, CA 90041
(323) 387-3413

Evan S. Cohen, SBN 119601
esc@manifesto.com
1180 South Beverly Drive. Suite 510
Los Angeles, CA 90035-1157
(310) 556-9800

Attorneys for Plaintiff AARON SPERSKE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON SPERSKE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ARIEL ROSENBERG a/k/a ARIEL PINK et al.,<br><br>　　　　Defendants. | Case No. CV12-7034 ODW (JCx)<br><br>**RESPONSE TO REQUEST BY HON. OTIS D. WRIGHT, II DURING SUMMARY JUDGMENT HEARING**<br><br>Hearing Date: June 24, 2013<br>Time: 1:30 pm<br>Judge: Hon. Otis D. Wright, II<br>Courtroom: 11 – Spring Street Level |

**RESPONSE TO REQUEST BY HON. OTIS D. WRIGHT, II DURING HEARING**

1   During the June 24, 2013 hearing on Plaintiff's Motion for Summary
2   Judgment, this Court directed Plaintiff's counsel to send an email on or before the
3   close of business on June 26, 2013, advising the Court "if she intends to pursue the
4   Motion for Summary Judgment or to stand on the default." *See* Minute Order,
5   dated June 24, 2013 (ECF No. 75).  The email sent pursuant to the Court's
6   instruction is attached hereto as Exhibit A.

8   Dated:  June 26, 2013                              Respectfully submitted,

10                                                     By: /s/ *Bridget B. Hirsch*
11                                                          Bridget B. Hirsch

12                                                     Attorney for Plaintiff
13                                                     AARON SPERSKE

1
**RESPONSE TO REQUEST BY HON. OTIS D. WRIGHT, II DURING HEARING**